AO 106 (Rev. 04/10) Application for a Search Warrant

US DISTRICT COURT
WESTERN DIST ARKANSAS
FILED

MAR 0 9 2022

JAMIE GIANI, Clerk
By _____ Deputy Clerk

# UNITED STATES DISTRICT COURT
for the
Western District of Arkansas

In the Matter of the Search of
*(Briefly describe the property to be searched or identify the person by name and address)*

USPS Priority Mail Parcel
9405536109361031131568

Case No. 5:22 CM 09

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

USPS Priority Mail Parcel 9405536109361031131568, addressed to Maria Gonzales at 1900 S. F Street in Rogers, Arkansas 72758

located in the **Western** District of **Arkansas**, there is now concealed *(identify the person or describe the property to be seized)*:

Evidence of, contraband, and/or property used in distributing illegal narcotics and/or proceeds of illegal narcotics trafficking, in violation of Title 21, United States Code, Section 841(a)(1); 21, United States Code, Section 846

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

☑ evidence of a crime;

☑ contraband, fruits of crime, or other items illegally possessed;

☑ property designed for use, intended for use, or used in committing a crime;

☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 21, USC, Section 841(a)(1) | Conspiracy to possess with intent to distribute a controlled substance. |
| 21, USC, Section 846 | |

The application is based on these facts:
See attached affidavit

☑ Continued on the attached sheet.

☐ Delayed notice of _____ days (give exact ending date if more than 30 days: _____) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*Applicant's signature*

David L. Barrett, US Postal Inspector
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 3/9/2022

*Judge's signature*

City and state: Fayetteville, Arkansas

Christy D. Comstock US Magistrate Judge
*Printed name and title*

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF ARKANSAS

IN THE MATTER OF THE SEARCH OF )
USPS Priority Mail Parcel No. )
9405536109361031131568 ) SW
Addressed to: Maria Gonzales )
1900 S F Street )
Rogers, AR 72758-6073 )

## AFFIDAVIT IN SUPPORT OF A SEARCH WARRANT

I, David Barrett, your Affiant being duly sworn, depose and state as follows:

1. I am a federal agent employed by the United States Postal Inspection Service (USPIS), currently assigned to the Eastern and Western Districts of Arkansas, duly appointed according to law and acting as such. My responsibilities include the investigation of controlled substances transported through the Postal Service, in violation of Title 21, United States Code, Sections 841(a)(1), 844, and 846. I have experience investigating narcotics offenses and have received related training through the USPIS.

### Purpose of Affidavit

2. I make this affidavit in support of search warrant application for parcels described as follows (hereinafter "suspect parcel"):

### Suspect Parcel

| | |
|---|---|
| USPS Priority Mail No.: | 9405536109361031131568 |
| Addressee: | Maria Gonzales<br>1900 S F Street<br>Rogers, AR 72758-6073 |
| Sender: | HOMELUV<br>4865 E. 24th Street<br>Tucson AZ 85711 |
| Date Mailed: | 03/01/2022 |
| Class of Mail: | Priority Mail |

Place Mailed: Tucson, AZ





3.  Part of your Affiant's responsibilities on the Little Rock team is the investigation of controlled substances transported through the U.S. Postal Service which constitute a violation of Title 21, United States Code, Section 841(a)(1) and 846, The Drug Abuse Prevention and Control Act and Conspiracy. This Affidavit is based upon Affiant's personal investigation and upon information received from other law enforcement officers and agents who are identified herein; and is made in support of an application for a search warrant for the following suspect parcel.

4.  For the reasons set forth below, I have probable cause to believe that illegal narcotics or currency related to the sale or distribution of controlled substances will be found inside the above-described suspect parcel. Since this Affidavit is for the limited

purpose of establishing probable cause to support a search warrant, it contains only a summary of facts necessary to establish probable cause. I have not included each and every fact known to me concerning the entities, individuals, and the events described in this Affidavit.

5. The grounds for issuance of the search warrant are derived from your Affiant's review of the physical evidence, discussions with participating agencies, and interviews of persons who have personal knowledge of the events described herein.

### Affiant's Experience

6. Affiant has been a United States Postal Inspector for over eighteen years; and in federal law enforcement for over 19 years. During that time, Affiant has worked on numerous federal criminal investigations. Affiant has worked with other agents, police officers, and law enforcement personnel who have extensive criminal investigative experience and training.

7. Affiant was a police officer in the state of Arkansas for over seven years. During that time, Affiant worked numerous violations of state and local laws and conducted investigations accordingly. Affiant has conducted investigations which involve violent crimes, illegal narcotics, stolen property and identity theft.

8. Through training and participation in criminal investigations, your Affiant has become familiar with and has participated in the following methods of investigations, including, but not limited to, electronic surveillance, visual surveillance, questioning of witnesses, and the use of search warrants and undercover agents.

9. I am aware through training and experience, as well as through information from other Postal Inspectors with extensive experience in drug trafficking investigations, the U.S. Mail is a common and preferred method of drug traffickers shipping their product.

The Priority Mail, and Priority Mail Express services are frequently used by drug dealers for shipping illegal drugs, and for shipping the proceeds and money from illegal drug sales and purchases. Use of the U.S. Mail is favored because of the speed, reliability, and low cost of this service, tracking capabilities, as well as the perceived minimal chance of detection of illegal drugs, money, or financial instruments shipped in such a manner.

10. I am also aware drug traffickers often use pre-paid postage address labels, fictitious names or no names on the return addresses and for the addressees, in order to avoid detection in the event the parcel is intercepted by law enforcement. I am further aware drug traffickers will often use fictitious return addresses and names or no names to hinder investigative efforts and to hide their true identities. Drug traffickers will often times send these parcels to fictitious names at the delivery addresses to minimize and conceal responsibility and to avoid being arrested. Drug traffickers involved in, "Dark Web," drug sales use online markets and often use crypto-currency prepaid postage to attempt to stay anonymous. In addition, persons who are involved with, "Dark Web," narcotics trafficking maintain methods and supplies for sending narcotics through the mail, including packaging materials, boxes, labels, label printers, and online accounts for pre-purchasing postage.

## Probable Cause

11. On or about January 11, 2021, law enforcement officers were conducting surveillance on a group of individuals who were previously identified as mailing controlled substances, specifically Clonazolam, Alprazolam and Bromazolam through the USPS. These suspects use a plethora of "business names" on the return address that have been identified as fake and linked to various parcels containing controlled substances. At approximately 3:00 p.m., one of the suspects drove to the Tucson Main Post Office

located at 1501 S. Cherrybell Stravenue, Tucson, Arizona, 85726. The male suspect was seen entering the Post Office with USPS parcels. The male suspect departed the Post Office a few moments later without any parcels.

12. USPI William Atkins contacted another Postal Inspector at the Tucson Main Post Office and asked him to look for newly dropped off parcels in the parcel bin. The Postal Inspector located a USPS Priority Mail parcel with tracking number 9405 5368 9523 2843 3638 91 (known parcel 1), with prepaid postage and postmarked from Tucson, AZ 85716. It had a return address of "Pixel Rick LLC, 3855 Ryan Road, Tucson, AZ 85716" and was addressed to "Rob Newberry, 1108 Oatlands Park, Lexington, KY 40509-4506". The parcel consisted of a white, USPS Priority Mail Small Flat Rate shipping box. The box measured approximately 8" X 5" X 1".

13. On or about January 13, 2022, USPI Atkins opened known parcel 1, pursuant to a Federal Search Warrant, and found it to contain 35 grams of suspected Alprazolam.

14. On or about January 21, 2022, at approximately 8:20 a.m., USPI Atkins found another similar Priority Mail parcel 9405 5368 9523 2879 9347 44 (known parcel 2) while looking through incoming mail at the Tucson, AZ Main Post Office.

15. According to USPS records, the addressee listed on the parcel had previously received parcels mailed from Tucson, Arizona with return address information of Pixel Rick and Mattek. Both of these fake return business names are linked to the known suspects who mail Alprazolam and Bromazolam.

16. On or about January 21, 2022, USPI Atkins opened known parcel 1, pursuant to a Federal Search Warrant, and found it to contain 45 grams of clonazolam, a known benzodiazepine class depressant. Clonazolam is a schedule IV narcotic. The pill is counterfeited to look like Xanax.

17. On or about March 3, 2022, your Affiant was contacted by USPI Atkins, reference the, "Subject parcel." The subject parcel was identified by USPI Atkins because of the pre-paid Easy Post account being used to ship the subject parcel was the same account that shipped the previous parcels identified as known parcel 1 and known parcel 2. The account belongs to, "Olympic Real Estate Corporation," in Dallas, Texas. Although the subject parcel's label was created on March 3, 2022, the subject parcel was not mailed from Tucson, AZ until March 6, 2022. Your Affiant was provided with addressee information and the tracking number for the subject parcel.

18. On or about March 8, 2022, your Affiant intercepted the subject parcel at the Rogers, Arkansas Main Post Office and began an investigation on the parcel.

19. Your Affiant noticed the subject parcel was being sent from the business, "Homeluv," with a return address of 4865 E. 24th Street, in Tucson, Arizona. Your Affiant utilized an internet search engine and discovered the return address is a residential home and not a business.

20. Your Affiant discovered the suspect mailer had used a similar name to mail known parcels in the past, "Homeluvin."

21. Your Affiant also found five other parcels labels created on the same date as the subject parcel. Each parcel had the same return address and business name as the subject parcel.

Conclusion

22. Based upon the foregoing facts and circumstances, I believe probable cause exists that illegal narcotics or materials related to the sale or distribution of controlled substances will be found in the above-described suspect parcel.

23. Therefore, I respectfully request the Court to issue a warrant to search the suspect parcel described in Attachment A for any such controlled substances, packaging material

ATTACHMENT A

Suspect Parcel

| | |
|---|---|
| USPS Priority Mail No.: | 9405536109361031131568 |
| Addressee: | Maria Gonzales<br>1900 S F Street<br>Rogers, AR 72758-6073 |
| Sender: | HOMELUV<br>4865 E. 24th Street<br>Tucson AZ 85711 |
| Date Mailed: | 03/01/2022 |
| Class of Mail: | Priority Mail |
| Place Mailed: | Tucson, AZ |





ATTACHMENT B

**Items to be Searched for and Seized**

1. Cocaine, methamphetamine, marijuana, controlled prescription pills, capsules, powders or liquids and/or heroin.

2. Packaging, baggies, blister packs, and cutting agents, including items used to conceal the odor of narcotics, such as perfumes, coffee, dryer sheets, tobacco, and/or other substances with a strong odor.

3. Any and all records reflecting the sending and receiving of packages through Express Mail, Priority Mail, Federal Express, UPS, and/or other common carriers.

4. United States and foreign currency, securities, precious metals, jewelry, gift cards, store value cards, stocks, and bonds, that are proceeds, evidence or instrumentalities of violations of Title 21, United States Code, Sections 841(a), and 846.

5. Any and all records reflecting or relating to the transporting, ordering, purchasing, and/or distribution of controlled substance, including books, receipts, notes, ledgers, pay/owe sheets, correspondence, records noting price, quantity, date and times when controlled substances were purchased, possessed, transferred, distributed, sold, and/or concealed.

6. Any and all records reflecting or relating to co-conspirators, including but not limited to personal notes, correspondence, cables, personal address lists, listings of telephone numbers, and other items reflecting names, addresses, telephone numbers, communications, and illegal activities and the identities of conspirators in controlled substance trafficking activities, all of which are evidence, fruits, and/or instrumentalities of violations of Title 21, United States Code, Sections 841 (a), and 846.

associated with controlled substances, or correspondence associated with the use or distribution of controlled substances, as described in Attachment B of violations of Title 21, United States Code, Sections 841(a)(1), 844, and 846.

DAVID L. BARRETT
United States Postal Inspector

Subscribed and sworn to before me on this 9th day of March, 2022.

Christy D. Comstock
United States Magistrate Judge